**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 20-1280**

─────────

SALLY S. HEYNS,

        Plaintiff - Appellant,

    v.

SELECT PORTFOLIO SERVICING, INC.; JP MORGAN CHASE BANK; DOES 1 TO 50, Inclusive; U. S. BANCORP CENTER,

        Defendants - Appellees.

─────────

**No. 20-1282**

─────────

In re: TODD STERLING HEYNS.

-----------------------------------------------

U. S. BANK NATIONAL ASSOCIATION; JPMORGAN CHASE BANK, N.A.,

        Creditors - Appellees,

    v.

SALLY S. HEYNS,

        Intervenor/Defendant - Appellant.

─────────

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge; T. S. Ellis III, Senior District Judge. (1:18-cv-01429-TSE-MSN; 1:19-cv-01336-RDA-JFA)

———————

Submitted: November 30, 2021                    Decided: January 7, 2022

———————

Before KING and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sally S. Heyns, Appellant Pro Se. John Alexander Nader, MCGLINCHEY STAFFORD, PLLC, Washington, D.C.; Donald Richard Pocock, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Winston-Salem, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Sally S. Heyns appeals from the district court's orders dismissing her second amended civil complaint pursuant to 28 U.S.C. § 1915(e) and dismissing her bankruptcy appeal. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Heyns v. Select Portfolio Servicing, Inc.*, No. 1:18-cv-01429-TSE-MSN (E.D. Va. Feb. 25, 2020); *Heyns v. U.S. Bank Nat'l Ass'n*, No. 1:19-cv-01336-RDA-JFA (E.D. Va. filed Feb. 24 & entered Feb. 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*